IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE MEADOR AKINS, as the Administator of the Estate of Thad Still Akins, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv85-MHT (WO) |
| ROOSEVELT BUSH, III, an individual, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Based upon the representations made on the record during the conference call on the record on April 17, 2019, it is ORDERED that:

(1) By April 25, 2019, attorney Henry Cooper Ellenberg, II, shall file either a motion to withdraw, or a notice that he intends to continue representing the plaintiff in this case.

(2) By April 25, 2019, attorney Thomas Shealer Moore shall file either a motion to withdraw, or a notice that he intends to continue representing the

plaintiff in this case. If attorney Moore fails to file anything by the deadline, the court will conclude that he has abandoned the case and treat his failure to answer as a withdrawal from the case.

(3) The deadline for filing the Rule 26(f) report remains set on May 1, 2019.

(4) Pursuant to Federal Rule of Civil Procedure 4(m), and based upon the evidence already in the record showing that defendant Roosevelt Bush, II, appears to be evading service, plaintiff is granted an extension of time until May 20, 2019, to effect service of process on defendant Bush. If additional time is sought, plaintiff should file a properly supported motion for extension of time.

DONE, this the 18th day of April, 2019.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE